IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 119-155 |
| | * | |
| ANTONIO GRIFFIN | * | |

O R D E R

Before the Court in the captioned case is Defendant Antonio Griffin's motion for early termination of supervised release. At the time of filing, Defendant had served one year and four months of his three-year term. Defendant has substantially complied with the conditions of his release with one curfew violation. The Court also notes the consent mutual permanent restraining order that was entered in state court in relation to Defendant's ex-girlfriend in April 2024. Both the United States Attorney's Office and the United States Probation Office oppose termination at this time. Simply put, those offices and this Court believe that the community at large and Defendant himself will benefit from continued supervision. Accordingly, Defendant Griffin's motion for early termination of supervised release (doc. 41) is **DENIED without prejudice** for him to renew the request after October 1, 2025, providing there are no intervening violations. The Clerk is

directed to provide a copy of this Order to Mr. Matthew James, United States Probation Officer.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of June, 2025.

```
_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA
```